JS - 6

Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
Dena S. Aghabeg, State Bar No. 185311
daghabeg@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Plaintiffs
NIPPON YUSEN KAISHA and
NYK LINE (NORTH AMERICA) INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, also known as NYK LINE; NYK LINE (NORTH AMERICA) INC. as agent for NIPPON YUSEN KAISHA,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN RECREATION PRODUCTS, LLC,<br><br>Defendant. | CASE NO.: CV 14-08428-GW(AJWx)<br><br>IN ADMIRALTY<br><br>ORDER OF DISMISSAL |

//

//

[PROPOSED] ORDER OF DISMISSAL

1  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that
2  the above-entitled action be dismissed with prejudice, each party to bear its own
3  attorneys' fees and costs.
4
5  Dated: April 16, 2015          _____
6                                  GEORGE H. WU, U.S. District Judge